# DAVIDSON, JONES & SUMMERS

RANDALL S. DAVIDSON
ALLISON A. JONES
GRANT E. SUMMERS*
JULIA E. BLEWER
WM LAKE HEARNE JR.

*Also licensed in Arkansas

A PROFESSIONAL LAW CORPORATION
509 MARKET STREET
SUITE 1000
SHREVEPORT, LOUISIANA 71101

TELEPHONE
(318) 424-4342
FACSIMILE
(318) 226-0168
WEBSITE
www.djslawfirm.com

January 24, 2014

**VIA E-MAIL AND US MAIL**
Honorable Karen Hayes
201 Jackson Street
Monroe, LA 71201

      RE:  Sylvia Hill v. Stone et al
             Civil Action No. 3:12-cv-00357

Dear Judge Hayes:

    This letter is to inform you that the above referenced matter has been now settled.

    Please do not hesitate to contact me should you have any questions.

                              Yours truly,

                              Allison A. Jones

/ak
cc:  Timothy Richardson via e-mail
      Brad Calvit via e-mail